UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE L. BARNES,<br><br>   Plaintiff,<br><br> v.<br><br>MARION COUNTY CORRECTIONAL CENTER, JERRY A. DEVORE, MARION COUNTY JAIL ADMINISTRATOR, MARION COUNTY CORRECTIONAL CENTER ACTING PHYSICIAN, SERGEANT DALE EDDINGS, and UNKNOWN OFFICERS,<br><br>   Defendants. | Case No. 13-cv-652-JPG-PMF |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 42) of Magistrate Judge Philip M. Frazier recommending that the Court grant the motions for summary judgment filed by defendants Jerry A. DeVore, Sgt. Dale Eddings, Marion County Correctional Center (Doc. 28) and Marion County Correctional Center Acting Physician (Doc. 40), and dismiss the claims against the unknown parties for lack of service.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 42);

- **GRANTS** the motions for summary judgment filed by defendants Jerry A. DeVore, Sgt. Dale Eddings, Marion County Correctional Center (Doc. 28) and Marion County Correctional Center Acting Physician (Doc. 40);

- **DISMISSES without prejudice** all claims against the defendant unknown parties for lack of service; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   October 22, 2014**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**